UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11CV01483 CEJ |
| ) | |
| TWENTY THOUSAND DOLLARS ) | |
| ($20,000.00) U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT AND ORDER**

WHEREAS, all potential claimants have been given notice of this proceeding in accordance with the requirements of Supplemental Rule G of the Federal Rules of Civil Procedure, and the time for filing claims has expired;

AND WHEREAS a settlement agreement has been reached between the United States and Claimant Andrea Niblett, who is the only claimant joined in this proceeding;

AND WHEREAS, pursuant to that agreement, the parties have agreed to the entry of a final judgment and order of forfeiture as set forth below;

IT IS HEREBY ORDERED THAT a portion of the defendant currency in the amount of Three Thousand Dollars ($3,000.00) shall be forfeited to the United States of America to be disposed of according to law.

IT IS FURTHER ORDERED THAT a portion of the defendant currency in the amount of Seventeen Thousand Dollars ($17,000.00), less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect

pursuant to the Debt Collection Improvement Act of 1966, Title 31, United States Code, Section 3716 and other programs such as the Treasury Offset Program, shall be returned to the claimant, Andrea Niblett, by and through her attorney, Matthew Radefeld.

IT IS FURTHER ORDERED THAT each party shall bear its own costs incurred in this action.

IT IS SO ORDERED,

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2011.